| United States Bankruptcy Court<br>**EASTERN DISTRICT OF WISCONSIN**<br>**MILWAUKEE DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HOLZMANN, BARBARA** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka BARBARA MILLER** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-7845** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**4727 W WASHINGTON BLVD**<br>**MILWAUKEE, WI**     ZIP CODE **53208** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**MILWAUKEE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**    **Chapter 11 Debtors**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **BARBARA HOLZMANN** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**EASTERN DISTRIC OF WISCONSIN** | Case Number:<br>**13-25024 GMH** | Date Filed:<br>**4/18/2013** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** **/s/ BARBARA HOLZMANN**      9/10/2015<br>      **BARBARA HOLZMANN**      Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

     ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l).)

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.7.4, ID 0061166917)*

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **BARBARA HOLZMANN**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ BARBARA HOLZMANN
    BARBARA HOLZMANN

**X** _____

    _____
    Telephone Number (If not represented by attorney)

    9/10/2015
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    Date

**Signature of Attorney***

**X** /s/ BARBARA HOLZMANN
    BARBARA HOLZMANN          Bar No. **018537**

**BARBARA HOLZMANN, ATTORNEY AT LAW**
**2303 NORTH 39TH STREET**
**MILWAUKEE, WI Z53210**

Phone No.**(414) 442-2010**      Fax No.**(414) 442-7570**

    9/10/2015
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
    Signature of Authorized Individual

    _____
    Printed Name of Authorized Individual

    _____
    Title of Authorized Individual

    _____
    Date

Address

**X** _____

    _____
    Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **BARBARA HOLZMANN**                          Case No. _____
                                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 4727 W WASHINGTON BLVD MILWAUKEE WI | FEE SIMPLE | - | $246,000.00 | $145,359.38 |
| 2303 NORTH 39 ST MILWAUKEE WI | FEE SIMPLE | - | $53,100.00 | $0.00 |
| 531-33 N 34TH ST MILWAUKEE, WI | FEE SIMPLE | - | $48,400.00 | $12,295.00 |
| 3145 NORTH 40TH ST MILWAUKEE WI 53216 | ONE HALF FEE SIMPLE | - | $60,000.00 | $29,231.00 |
| 5247 N SHERMAN BL MILWAUKEE, WI 53209 | FEE SIMPLE | - | $36,700.00 | $343.00 |
| 2573 N 45TH ST MILWAUKEE, WI 53210 | FEE SIMPLE | - | $56,300.00 | $16,782.00 |
| 4359  N 49TH ST MILWAUKEE, WI 53216 | FEE SIMPLE | - | $57,900.00 | $0.00 |
| 1630 N 34TH ST MILWAUKEE WI 53208 | FEE SIMPLE | - | $31,500.00 | $0.00 |
| 5053 N 27TH ST, MILWAUKEE, WI 53209 | FEE SIMPLE | - | $53,300.00 | $0.00 |
| 2618-20 N 49TH ST MILWAUKEE, WI 53218 | FEE SIMPLE | - | $59,800.00 | $0.00 |
| 1719-21 N 35 ST MILWAUKEE, WI 53208 | FEE SIMPLE | - | $25,000.00 | $16,005.00 |
| 3730-32 W BROWN ST MILWAUKEE, WI 53208 | FEE SIMPLE | - | $10,000.00 | $13,617.00 |
| 2131 N 37TH ST MILWAUKEE, WI 53208 | FEE SIMPLE | - | $34,500.00 | $7,557.00 |
| 3219 N 41ST MILWAUKEE, WI 53216 | FEE SIMPLE | - | $38,400.00 | $13,752.00 |
| 3521 W HIGHLAND BL MILWAUKEE WI 53208 | FEE SIMPLE | - | $50,000.00 | $20,737.00 |
| 2425 W JUNEAU AV, MILWAUKEE, WI 53205 | FEE SIMPLE | - | $50,000.00 | $16,910.00 |
| 4673 N 49TH ST MILWAUKEE, WI 53218 | FEE SIMPLE | - | $38,600.00 | $12,241.00 |
| 2215 N 32 MILWAUKEE, WI 53208 | FEE SIMPLE | - | $20,000.00 | $11,018.00 |
| 2215 N 39TH ST, MILWAUKEE WI 53208 | FEE SIMPLE | - | $15,000.00 | $8,225.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **BARBARA HOLZMANN**                     Case No. _____
                                                         (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2822 N 34TH MILWAUKEE, WI 53210 | FEE SIMPLE | - | $15,000.00 | $12,160.00 |
| 2767-69 N 34TH ST MILWAUKEE, WI 53210 | FEE SIMPLE | - | $20,000.00 | $12,633.00 |
| 2250-52 N 41 MILWAUKEE WI 53208 | FEE SIMPLE-1/2 INT | - | $16,000.00 | $11,207.00 |
| 1554-56 N 28TH ST MILWAUKEE, WI53208 | 1/2 INTEREST FEE SIMPLE | - | $15,000.00 | $8,815.00 |
| 3307 W WALNUT MILWAUKEE, WI 53208 | FEE SIMPLE | - | $1.00 | $22,024.00 |
| 3120 W WALNUT MILWAUKEE, WI 53208 | FEE SIMPLE | - | $500.00 | $13,068.00 |
| 3615 N 22 MILWAUKEE, WI 53206 | FEE SIMPLE | - | $500.00 | $20,652.00 |
| 2159 N 37TH ST MILWAUKEE, WI 53208 | FEE SIMPLE | - | $1.00 | $4,130.72 |
| 2865 N 34TH ST MILWAUKEE, WI 53210 | FEE SIMPLE | - | $100.00 | $186.05 |
| 2504 N 34 ST MILWAUKEE WI 53210 | FEE SIMPLE | - | $100.00 | $236.12 |
| 1853 N 37TH VACANT LOT | FEE SIMPLE | - | $10.00 | $13,551.00 |
| | | Total: | $1,051,712.00 | |

(Report also on Summary of Schedules)

In re  **BARBARA HOLZMANN**                           Case No. _____
                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | $400.00 | - | $0.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | US BANK AND GUARANTY BANK | - | $2,000.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 7 ROOMS OF FURNITURE ALL MORE THAN 10 YEARS OLD-2 sofa, 2 chmairs, 1 ottoman, dining room set with chairs (8) sideboard, buffet & serving carts, Sharp flat screen tv, 3 beds with mattress & box springs, 3 night stands, 4 dressers, 3 armoires, 2 end tables, 1 coffee table drafting table, 3 book cases, 7 pieces of 20+ year old patio furniture, 2 desk chairs, household small appliances all 15+ years old, washer & dryer 10+ years old, china, stainless steel flatware, crystal and silver flatware worth $1000. All other property  worth less than $200 each | - | $4,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Family portrait photo, knitting and reference books, minor watercolor and oil painting, yarn stash and needles, dvds and cds | - | $1,500.00 |
| 6. Wearing apparel. | | Woman's clothing-4 seasons | - | $500.00 |
| 7. Furs and jewelry. | | Wedding ring and assocrted costume jewlry-meltdown value | - | $1,000.00 |

In re **BARBARA HOLZMANN**                           Case No. _____
                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | unknown interest in life insurance policy on son, Steven A Miller | - | $5,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | CHARLES SCHWAB ACCOUNT | - | $1,282.87 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Interest in JACENS Corporation-subchapter S real estate holding corporation | - | $25,000.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | UNPAID JUNE, JULY AND AUGUST RENTS | - | $7,500.00 |

In re  **BARBARA HOLZMANN**                                    Case No. _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re  **BARBARA HOLZMANN**                                  Case No. _____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 BMW X-5 | - | $17,000.00 |
| | | | - | $0.00 |
| | | 2013 8' X 10' SINGLE AXEL TRAILER | - | $1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | LAPTOP, 2 STAND ALONE COMPUTERS, DESKS AND CHAIRS | - | $1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re  **BARBARA HOLZMANN**                                    Case No. _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | _____4_____ continuation sheets attached | **Total >** | **$66,782.87** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **BARBARA HOLZMANN**

Case No. _____

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 4727 W WASHINGTON BLVD MILWAUKEE WI | Wis. Stat. § 815.20 | $75,000.00 | $246,000.00 |
| 7 ROOMS OF FURNITURE ALL MORE THAN 10 YEARS OLD-2 sofa, 2 chmairs, 1 ottoman, dining room set with chairs (8) sideboard, buffet & serving carts, Sharp flat screen tv, 3 beds with mattress & box springs, 3 night stands, 4 dressers, 3 armoires, 2 end tables, 1 coffee table drafting table, 3 book cases, 7 pieces of 20+ year old patio furniture, 2 desk chairs, household small appliances all 15+ years old, washer & dryer 10+ years old, china, stainless steel flatware, crystal and silver flatware worth $1000. All other property  worth less than $200 each | Wis. Stat. § 815.18(3)(d) | $4,000.00 | $4,000.00 |
| Family portrait photo, knitting and reference books, minor watercolor and oil painting, yarn stash and needles, dvds and cds | Wis. Stat. § 815.18(3)(d) | $1,500.00 | $1,500.00 |
| Woman's clothing-4 seasons | Wis. Stat. § 815.18(3)(d) | $500.00 | $500.00 |
| Wedding ring and assocrted costume jewlry-meltdown value | Wis. Stat. § 815.18(3)(d) | $1,000.00 | $1,000.00 |
| 2008 BMW X-5 | Wis. Stat. § 815.18(3)(g) | $4,000.00 | $17,000.00 |
| | Wis. Stat. § 815.18(3)(b) | $0.00 | $0.00 |
| 2013 8' X 10' SINGLE AXEL TRAILER | Wis. Stat. § 815.18(3)(b) | $1,000.00 | $1,000.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$87,000.00** | **$271,000.00** |

In re  **BARBARA HOLZMANN**　　　　　　　　　Case No. ＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| LAPTOP, 2 STAND ALONE COMPUTERS, DESKS AND CHAIRS | Wis. Stat. § 815.18(3)(b) | $1,000.00 | $1,000.00 |
| | | **$88,000.00** | **$272,000.00** |

B6D (Official Form 6D) (12/07)

In re **BARBARA HOLZMANN**　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx5207**<br><br>**BANK OF AMERICA MORTGAGE<br>PO BOX 5170<br>SIMI VALLY, CA 93062** | | - | DATE INCURRED: **6/15/1996**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2573 N 45TH ST MILWAUKEE, WI 53210**<br>REMARKS:<br><br>VALUE: **$56,300.00** | | | | **$16,782.00** | |
| ACCT #:<br><br>**BMO HARRIS MORTGAGE<br>PO BOX 365<br>ARLINNGTON HEIGHTS, IL 60006** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2159 N 37TH ST MILWAUKEE, WI 53208**<br>REMARKS:<br><br>VALUE: **$1.00** | | | | **$1.00** | |
| ACCT #:<br><br>**BMO HARRIS MORTGAGE<br>PO BOX 365<br>ARLINNGTON HEIGHTS, IL 60006** | | - | DATE INCURRED: **1984**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2159 N 37TH ST MILWAUKEE, WI 53208**<br>REMARKS:<br><br>VALUE: **$1.00** | | | | **$3,300.00** | **$3,300.00** |
| **Representing:<br>BMO HARRIS MORTGAGE** | | | **ATTY ABAGAIL ODESS<br>1414 UNDERWOOD AVE<br>WAUWATOSA WI 53213** | | | | **Notice Only** | **Notice Only** |

　　　　　　　　　　　　　　　　　　　　　Subtotal (Total of this Page) >　　**$20,083.00**　　**$3,300.00**

　　　　　　　　　　　　　　　　　　　　　Total (Use only on last page) >

_____11_____ continuation sheets attached

(Report also on Summary of Schedules.)　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **BARBARA HOLZMANN**
Case No. _____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx4-000**<br><br>**CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202** | | - | DATE INCURRED: **12/31/2011**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**1719-21 N 35 ST MILWAUKEE, WI 53208**<br>REMARKS:<br><br><br>VALUE: **$25,000.00** | | | | **$16,005.00** | |
| ACCT #: **xxx-xxx0-000**<br><br>**CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**3730-32 W BROWN ST MILWAUKEE, WI 532**<br>REMARKS:<br><br><br>VALUE: **$10,000.00** | | | | **$13,617.00** | **$3,617.00** |
| **Representing:**<br>**CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE<br>200 EAST WELLS STREET ROOM 800<br>MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx-xxx3-000**<br><br>**CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**1703 N 33 MILWAUKEE, WI 53208**<br>REMARKS:<br><br><br>VALUE: **$0.00** | | | | **$1,125.00** | **$1,125.00** |

Sheet no. ___**1**___ of ___**11**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$30,747.00** **$4,742.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **BARBARA HOLZMANN**                                    Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx8-000**<br><br>**CITY OF MILWAUKEE TREASURER**<br>**200 E WELLS STREET ROOM 103**<br>**MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2012**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**2131 N 37TH ST MILWAUKEE, WI 53208**<br>REMARKS:<br><br>VALUE: **$34,500.00** | | | | **$7,557.00** | |
| **Representing:**<br>**CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE**<br>**200 EAST WELLS STREET ROOM 800**<br>**MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx-xxx5-000**<br><br>**CITY OF MILWAUKEE TREASURER**<br>**200 E WELLS STREET ROOM 103**<br>**MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**3219 N 41ST MILWAUKEE, WI 53216**<br>REMARKS:<br><br>VALUE: **$38,400.00** | | | | **$13,752.00** | |
| **Representing:**<br>**CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE**<br>**200 EAST WELLS STREET ROOM 800**<br>**MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____**2**____ of ____**11**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >          **$21,309.00**    **$0.00**

Total (Use only on last page) >

|  |  |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **BARBARA HOLZMANN**                    Case No. _____

                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx3-000** <br><br> **CITY OF MILWAUKEE TREASURER 200 E WELLS STREET ROOM 103 MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014** <br> NATURE OF LIEN: **Collecting for -DELINQUENT REAL ESTATE TAXE** <br> COLLATERAL: **3521 W HIGHLAND BL MILWAUKEE WI 532** <br> REMARKS: <br><br><br> VALUE: **$50,000.00** | | | | **$20,737.00** | |
| **Representing:** **CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE 200 EAST WELLS STREET ROOM 800 MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **389-0775-100** <br><br> **CITY OF MILWAUKEE TREASURER 200 E WELLS STREET ROOM 103 MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014** <br> NATURE OF LIEN: **Collecting for -DELINQUENT REAL ESTATE TAXE** <br> COLLATERAL: **2425 W JUNEAU AV, MILWAUKEE, WI 5320** <br> REMARKS: <br><br><br> VALUE: **$50,000.00** | | | | **$16,910.00** | |
| **Representing:** **CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE 200 EAST WELLS STREET ROOM 800 MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____**3**____ of ____**11**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     **$37,647.00**     **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **BARBARA HOLZMANN**                                    Case No. _____
                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx9-000**<br><br>**CITY OF MILWAUKEE TREASURER**<br>**200 E WELLS STREET ROOM 103**<br>**MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2012**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**4673 N 49TH ST MILWAUKEE, WI 53218**<br>REMARKS:<br><br><br>VALUE: **$38,600.00** | | | | **$12,241.00** | |
| **Representing:**<br>**CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE**<br>**200 EAST WELLS STREET ROOM 800**<br>**MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx-xxx4-110**<br><br>**CITY OF MILWAUKEE TREASURER**<br>**200 E WELLS STREET ROOM 103**<br>**MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**2215 N 32 MILWAUKEE, WI 53208**<br>REMARKS:<br><br><br>VALUE: **$20,000.00** | | | | **$11,018.00** | |
| **Representing:**<br>**CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE**<br>**200 EAST WELLS STREET ROOM 800**<br>**MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |

Sheet no. _____**4**_____ of _____**11**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >        **$23,259.00**        **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **BARBARA HOLZMANN**                      Case No. _____
                                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx9-100** <br><br>**CITY OF MILWAUKEE TREASURER 200 E WELLS STREET ROOM 103 MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2012** <br>NATURE OF LIEN: <br>**Collecting for -DELINQUENT REAL ESTATE TAXE** <br>COLLATERAL: <br>**2215 N 39TH ST, MILWAUKEE WI 53208** <br>REMARKS: <br><br><br>VALUE: **$15,000.00** | | | | **$8,225.00** | |
| **Representing: CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE 200 EAST WELLS STREET ROOM 800 MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx-xxx6-000** <br><br>**CITY OF MILWAUKEE TREASURER 200 E WELLS STREET ROOM 103 MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014** <br>NATURE OF LIEN: <br>**Collecting for -DELINQUENT REAL ESTATE TAXE** <br>COLLATERAL: <br>**2822 N 34TH MILWAUKEE, WI 53210** <br>REMARKS: <br><br><br>VALUE: **$15,000.00** | | | | **$12,160.00** | |
| **Representing: CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE 200 EAST WELLS STREET ROOM 800 MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____**5**____ of ____**11**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    **$20,385.00**    **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **BARBARA HOLZMANN**                     Case No. _____

                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx0-000**<br><br>**CITY OF MILWAUKEE TREASURER 200 E WELLS STREET ROOM 103 MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**2767-69 N 34TH ST MILWAUKEE, WI 53210**<br>REMARKS:<br><br>VALUE: **$20,000.00** | | | | **$12,633.00** | |
| **Representing:**<br>**CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE 200 EAST WELLS STREET ROOM 800 MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx-xxx0-000**<br><br>**CITY OF MILWAUKEE TREASURER 200 E WELLS STREET ROOM 103 MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**2250-52 N 41 MILWAUKEE WI 53208**<br>REMARKS:<br><br>VALUE: **$16,000.00** | | | | **$11,207.00** | |
| **Representing:**<br>**CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE 200 EAST WELLS STREET ROOM 800 MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____**6**____ of ____**11**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >          **$23,840.00**          **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **BARBARA HOLZMANN**          Case No. _____
                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx9-000** <br><br> **CITY OF MILWAUKEE TREASURER** <br> **200 E WELLS STREET ROOM 103** <br> **MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2012** <br> NATURE OF LIEN: **Collecting for -DELINQUENT REAL ESTATE TAXE** <br> COLLATERAL: <br> **1554-56 N 28TH ST MILWAUKEE, WI53208** <br> REMARKS: <br><br><br> VALUE:                    **$15,000.00** | | | | **$8,815.00** | |
| **Representing:** <br> **CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE** <br> **200 EAST WELLS STREET ROOM 800** <br> **MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx-xxx8-000** <br><br> **CITY OF MILWAUKEE TREASURER** <br> **200 E WELLS STREET ROOM 103** <br> **MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014** <br> NATURE OF LIEN: **Collecting for -DELINQUENT REAL ESTATE TAXE** <br> COLLATERAL: <br> **3307 W WALNUT MILWAUKEE, WI 53208** <br> REMARKS: <br><br><br> VALUE:                    **$1.00** | | | | **$22,024.00** | **$22,023.00** |
| **Representing:** <br> **CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE** <br> **200 EAST WELLS STREET ROOM 800** <br> **MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____7____ of ____11____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     **$30,839.00**     **$22,023.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **BARBARA HOLZMANN**                                    Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xxx7-000<br><br>**CITY OF MILWAUKEE TREASURER**<br>**200 E WELLS STREET ROOM 103**<br>**MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**3120 W WALNUT MILWAUKEE, WI 53208**<br>REMARKS:<br><br>VALUE: **$500.00** | | | | **$13,068.00** | **$12,568.00** |
| **Representing:**<br>**CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE**<br>**200 EAST WELLS STREET ROOM 800**<br>**MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: xxx-xxx6-000<br><br>**CITY OF MILWAUKEE TREASURER**<br>**200 E WELLS STREET ROOM 103**<br>**MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2011-2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**3615 N 22 MILWAUKEE, WI 53206**<br>REMARKS:<br><br>VALUE: **$500.00** | | | | **$20,652.00** | **$20,152.00** |
| **Representing:**<br>**CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE**<br>**200 EAST WELLS STREET ROOM 800**<br>**MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____**8**____ of ____**11**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$33,720.00**   **$32,720.00**

Total (Use only on last page) >

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **BARBARA HOLZMANN**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx1-000**<br><br>**CITY OF MILWAUKEE TREASURER 200 E WELLS STREET ROOM 103 MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**2159 N 37TH ST MILWAUKEE, WI 53208**<br>REMARKS:<br><br><br>VALUE: **$1.00** | | | | **$829.72** | **$829.72** |
| **Representing: CITY OF MILWAUKEE TREASURER** | | | **CITY ATTORNEY OF MILWAUKEE 200 EAST WELLS STREET ROOM 800 MILWAUKEE, WI 53202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx-xxx5-000**<br><br>**CITY OF MILWAUKEE TREASURER 200 E WELLS STREET ROOM 103 MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**2865 N 34TH ST MILWAUKEE, WI 53210**<br>REMARKS:<br><br><br>VALUE: **$100.00** | | | | **$186.05** | **$86.05** |
| ACCT #: **xxx-xxx4-000**<br><br>**CITY OF MILWAUKEE TREASURER 200 E WELLS STREET ROOM 103 MILWAUKEE, WI 53202** | | - | DATE INCURRED: **2013-2014**<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**2504 N 34**<br>REMARKS:<br><br><br>VALUE: **$100.00** | | | | **$236.12** | **$136.12** |

Sheet no. ____**9**____ of ____**11**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >      **$1,251.89**      **$1,051.89**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **BARBARA HOLZMANN**  Case No. _____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxxx-100-0**<br><br>**CITY OF MILWAUKEE TREASURER**<br>**200 E WELLS STREET ROOM 103**<br>**MILWAUKEE, WI 53202** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Collecting for -DELINQUENT REAL ESTATE TAXE**<br>COLLATERAL:<br>**1853 N 37TH VACANT LOT**<br>REMARKS:<br><br>VALUE: **$10.00** | | | | **$13,551.00** | **$13,541.00** |
| ACCT #: **xxxxxx0456**<br><br>**GUARANTY BANK**<br>**4000 W BROWN DEER ROAD**<br>**BROWN DEER, WI 53209** | | - | DATE INCURRED: **6/1/2004**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**4727 W WASHINGTON BLVD MILWAUKEE**<br>REMARKS:<br><br>VALUE: **$246,000.00** | | | | **$136,459.38** | |
| ACCT #: **xxxxxx9118**<br><br>**MIDLAND MORTGAGE**<br>**PO BOX 26648**<br>**OKLAHOMA CITY OK 73126** | | - | DATE INCURRED: **06/13/1992**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**531-33 N 34TH ST MILWAUKEE, WI**<br>REMARKS:<br><br>VALUE: **$48,400.00** | | | | **$12,295.00** | |
| ACCT #: **xxxxxx3935**<br><br>**MIDLAND MORTGAGE**<br>**PO BOX 26648**<br>**OKLAHOMA CITY OK 73126** | | - | DATE INCURRED: **08/15/1992**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**3145 NORTH 40TH ST MILWAUKEE WI 532**<br>REMARKS:<br><br>VALUE: **$60,000.00** | | | | **$29,231.00** | |

Sheet no. ___**10**___ of ___**11**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$191,536.38** | **$13,541.00**
Total (Use only on last page) >

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **BARBARA HOLZMANN**                                    Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **1186**<br><br>**PNC BANK**<br>**6900 W STATE STREET**<br>**WAUWATOSA, WI 53213** | | - | DATE INCURRED: **1/15/1999**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**4727 W WASHINGTON BLVD MILWAUKEE**<br>REMARKS:<br><br>VALUE: **$246,500.00** | | | | **$8,900.00** | |
| ACCT #: **xxxxxx7109**<br><br>**WELLS FARGO HOME MORTGAGE**<br>**PO BOX 14411**<br>**DESMOINES, IA 50308** | | - | DATE INCURRED: **09/15/1993**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**5247 N SHERMAN BL MILWAUKEE, WI 5320**<br>REMARKS:<br><br>VALUE: **$36,700.00** | | | | **$343.00** | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___**11**___ of ___**11**___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$9,243.00** | **$0.00** |
| Total (Use only on last page) > | **$443,860.27** | **$77,377.89** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  **BARBARA HOLZMANN**                                          Case No. _____

                                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **BARBARA HOLZMANN**                        Case No. _____
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**BANK OF AMERICA NA**<br>**PO BOX 660933**<br>**DALLAS, TX 75266** | | - | DATE INCURRED: **2012-2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$15,000.00** |
| ACCT #:  **xxx1647**<br>**CARDMEMBER SERVICES**<br>**PO BOX 790408**<br>**ST LOUIS, MO 63179** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$13,000.00** |
| ACCT #:<br>**CREAM CITY WRECKING**<br>**N91 W13906 WARREN STREET**<br>**MENOMONEE FALLS WI 53051** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | **$5,500.00** |
| **Representing:**<br>**CREAM CITY WRECKING** | | | **MAWICKE & GOISMAN SC**<br>**1509 NORTH  PROSPECT AVE**<br>**MILWAUKEE, WI 53202** | | | | **Notice Only** |
| ACCT #:  **xxxxxx5453**<br>**NAVIENT FINANCIAL SERVICES**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773-9500** | | - | DATE INCURRED: **2004-2006**<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | **$32,750.00** |
| ACCT #:  **xxx-3854**<br>**US BANK NA**<br>**PO BOX 5229**<br>**CINCINNATI, OH 45201-5229** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,000.00** |

Subtotal >     **$67,250.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____**1**_____ continuation sheets attached

In re   **BARBARA HOLZMANN**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xx xxEDIT** <br> **US BANK NA** <br> **PO BOX 5229** <br> **CINCINNATI, OH 45201-5229** | | - | DATE INCURRED:  **2013** <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: | | | | **$4,000.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | **$4,000.00** |
| **Total >** | **$71,250.00** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **BARBARA HOLZMANN**                    Case No. _____
                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re **BARBARA HOLZMANN**                                     Case No. _____

                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Fill in this information to identify your case:**

| Debtor 1 | BARBARA | | HOLZMANN |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:

   _____
   MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income                                    12/13

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **ATTORNEY** | |
| Employer's name | | **SELF EMPLOYED** | |
| Employer's address | | **2303 N 39TH STREET** | |
| | | Number  Street | Number  Street |
| | | **MILWAUKEE     WI    53210** | |
| | | City          State  Zip Code | City          State  Zip Code |
| How long employed there? | | **41 YEARS** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | **$1,000.00** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| **4.** | Calculate gross income.  Add line 2 + line 3. | 4. | **$1,000.00** | |

09/10/2015 01:33:42pm

Debtor 1 __BARBARA__ _____ __HOLZMANN__ _____ Case number (if known) _____
                First Name         Middle Name              Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here .............................................. → | 4. | **$1,000.00** | |
| **5.** | List all payroll deductions: | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | **$200.00** | |
| | **5b.** Mandatory contributions for retirement plans | 5b. | **$0.00** | |
| | **5c.** Voluntary contributions for retirement plans | 5c. | **$0.00** | |
| | **5d.** Required repayments of retirement fund loans | 5d. | **$0.00** | |
| | **5e.** Insurance | 5e. | **$0.00** | |
| | **5f.** Domestic support obligations | 5f. | **$0.00** | |
| | **5g.** Union dues | 5g. | **$0.00** | |
| | **5h.** Other deductions. | 5h. **+** | **$0.00** | |
| | Specify: _____ | | | |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$200.00** | |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$800.00** | |
| **8.** | List all other income regularly received: | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | **$4,500.00** | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | **$0.00** | |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | **$0.00** | |
| | **8e.** Social Security | 8e. | **$1,948.00** | |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | **$0.00** | |
| | **8g.** Pension or retirement income | 8g. | **$733.65** | |
| | **8h.** Other monthly income. | 8h. **+** | **$700.00** | |
| | Specify: __JACENS CORPORATION__ | | | |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$7,881.65** | |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$8,681.65** + | = **$8,681.65** |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. **+** **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.
12. **$8,681.65**
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
- ☑ No.
- ☐ Yes. Explain:

| None. |
|---|

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **BARBARA** | **HOLZMANN** |
| | First Name / Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | |
| | First Name / Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** | |
| Case number (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No.  Go to line 2.
    ☐ Yes.  **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes.  Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**     ☑ No
    Do not list Debtor 1 and Debtor 2.     ☐ Yes.  Fill out this information for each dependent..................

    Do not state the dependents' names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |
    | _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No
        ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**     4.     **$1,734.00**
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a.   Real estate taxes     4a.     **$700.00**

    4b.   Property, homeowner's, or renter's insurance     4b.     **$150.00**

    4c.   Home maintenance, repair, and upkeep expenses     4c.     **$100.00**

    4d.   Homeowner's association or condominium dues     4d.     _____

Debtor 1 **BARBARA**         **HOLZMANN**      Case number (if known) _____

    First Name        Middle Name        Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. **$200.00** |
| | 6b. Water, sewer, garbage collection | 6b. **$100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. **$150.00** |
| | 6d. Other. Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. **$450.00** |
| 8. | **Childcare and children's education costs** | 8. **$286.77** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$25.00** |
| 10. | **Personal care products and services** | 10. **$50.00** |
| 11. | **Medical and dental expenses** | 11. **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$50.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| 14. | **Charitable contributions and religious donations** | 14. **$50.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ |
| | 15b. Health insurance | 15b. _____ |
| | 15c. Vehicle insurance | 15c. **$100.00** |
| | 15d. Other insurance. Specify: _____ | 15d. _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. _____ |
| | 17b. Car payments for Vehicle 2 | 17b. _____ |
| | 17c. Other. Specify: _____ | 17c. _____ |
| | 17d. Other. Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a. Mortgages on other property | 20a. _____ |
| | 20b. Real estate taxes | 20b. _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e. Homeowner's association or condominium dues | 20e. _____ |
| 21. | **Other.** Specify: _____ | 21. + _____ |

Debtor 1 __**BARBARA**_____ _____**HOLZMANN**_____ Case number (if known) _____
       First Name          Middle Name         Last Name

**22. Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

| | |
|---|---|
| 22. | $4,195.77 |

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.

| | |
|---|---|
| 23a. | $8,681.65 |

23b. Copy your monthly expenses from line 22 above.

| | |
|---|---|
| 23b. − | $4,195.77 |

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.

| | |
|---|---|
| 23c. | $4,485.88 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. Explain here:
**None.**

B 6 Summary (Official Form 6 - Summary) (12/14)

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

In re **BARBARA HOLZMANN**                    Case No.

                                              Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $1,051,712.00 | | |
| B - Personal Property | Yes | 5 | $66,782.87 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 12 | | $443,860.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $71,250.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $8,681.65 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $4,195.77 |
| TOTAL | | 31 | $1,118,494.87 | $515,110.27 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

In re  **BARBARA HOLZMANN**                    Case No.

Chapter     **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $32,750.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$32,750.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $8,681.65 |
| Average Expenses (from Schedule J, Line 22) | $4,195.77 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $8,955.93 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $77,377.89 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $71,250.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $148,627.89 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **BARBARA HOLZMANN**

Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**33**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **9/10/2015** _____   Signature _**/s/ BARBARA HOLZMANN**_____

*BARBARA HOLZMANN*

Date _____   Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

09/10/2015 01:33:45pm

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

In re:  **BARBARA HOLZMANN**                              Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,500.00 | NET DEPRECIATION AND INCOME FROM 2013 AND 2014 TAX RETURNS AND 2015 BOOKS AND RECORDS |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $108,082.00 | NET INCOME AND DEPRECIATION FROM SCHEDULE E FOR 1/2 2013 AND ALL OF 2014 PLUS BOOKS AND  RECORDS FOR 2015 |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| AMERICAN EXPRESS PO BOX 0001 LOS ANGELES, CA 90096 | 6/20/15-7/20/15- 8/2015 | $2,500.00 | $0.00 |
| MIDLAND MORTGAGE PO BOX 26648 OKLAHOMA CITY, OK 73126 | 6/30/15,7/30/15. 9/09/15 | $5,680.47 | $41,000.00 |
| GUARANTY BANK 4000 W BROWN DEER ROAD BROWN DEER, WI 53209 | 6/31/15, 7/31/15 8/31/15 | $4,489.00 | $138,000.00 |
| WELLS FARGO HOME MORTGAGE PO BOX 14411 DESMOINES, IA 50308 | 7/6/15-8/6/15- 9/3/15 | $1,626.00 | $343.00 |
| PNC BANK 6900 W STATE STREET WAUWATOSA, WI 53213 | 8/30-7/30- 6/30/15 | $891.00 | $8,800.00 |
| BANK OF AMERICA MORTGAGE PO BOX  5170 SIMI VALLY, CA 93062 | 7/10-8/10-9/10 | $1,447.00 | |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

In re:  **BARBARA HOLZMANN**                    Case No. _____

                                                          (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 1*

**NAVIENT FINANCIAL SERVICES**        6/9-7/9-8/1/15        $761.64         $32,750.00
**PO Box 9500**
**Wilkes Barre, PA 18773-9500**

None ☐ b. Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| CREAM CITY WRECKING<br>N91 W13906 WARREN STREET<br>MENOMONEE FALLS, WI 53051 | 5/20/15 | $5,000.00 | $5,500.00 |

None ☑ c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| BARBARA HOLZMANN V FLOYD HARRIS<br>2014SC023435 | EVICTION | MILWAUKEE COUNTY CIRCUIT COURT | DISMISSED |
| BARBARA HOLZMANN JENNIFER ANDERSON, ET AL.<br>14SC023436 | EVICTION | MILWAUKEE COUNTY CIRCUIT COURT | JUDGMENT |
| BARBARA HOLZMANN V EVIT FERGUSON, ET AL<br>2014SC024346 | EVICTION | MILWAUKEE COUNTY CIRCUIT COURT | JUDGMENT |
| BARBARA HOLZMANN V DIANIA HAILEY ET AL<br>2014 SC 027708 | EVICTION | MILWAUKEE COUNTY CIRCUIT COURT | STIIPULATED DISMISSAL |
| BARBARA HOLZMANN V KEYSHADA HICKS<br>2014SC027709 | EVICTION | MILWAUKEE COUNTY CIRCUIT COURT | JUDGMENT |
| BARBARA HOLZMANN V EMILY HUGHES-ROUSE<br>2014SC028366 | EVICTION | MILWAUKEE COUNTY CIRCUIT COURT | STIPULATED DISMISSAL |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

In re:  **BARBARA HOLZMANN**                              Case No. _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| **BARBARA HOLZMANN V EMILY HUGHES-ROUSE 2015SC02346** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT PENDING** |
| **BARBARA HOLZMANN V VELMA BRYANT, ET AL 2014SC028367** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT`** | **STIPULATED DISMISSAL** |
| **BARBARA HOLZMANN V SADE ANDERSON 2014SC028368** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT** |
| **BARBARA HOLZMANN V MILDRED HUNTER, ET AL. 2014SC03494** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **POSSESSION OF PROPERTY DEFENDANT DECEASED** |
| **BARBARA HOLZMANN V LACHEL TURNBULL 2015SC000988** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT FOR COSTS ONLY** |
| **BARBARA HOLZMANN V LACHEL TURNBULL 2015SC12348** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT** |
| **BARBARA HOLZMANN V SHAWANA HUGHES-HOUSTON 2015SC001528** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **STIPULATED DISMISSAL** |
| **BARBARA HOLZMANN V SHAWANA HUGHES-HOUSTON 2015SC 09575** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT PENDING** |
| **BARBARA HOLZMANN V LADONNA CAMMON, ET AL 2015SC01529** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **STIPULATED DISMISSAL** |
| **BARBARA HOLZMANN V REHJAN STOWERS 2015SC06448** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT** |
| **BARBARA HOLZMANN V LADONNA CAMMON, ET AL 2015SC07677** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT** |
| **BARBARA HOLZMANN NATASHA BROWN 2015SC007900** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT** |
| **BARBARA  HOLZMANN V FANTASIA ADAMS 2015SC08832** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **STIPULATED DISMISSAL** |
| **BARBARA HOLZMANN V NIKIA RENEE JONES 2015SC009576** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **STIPULATED DISMISSAL** |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

In re:  **BARBARA HOLZMANN**                                    Case No. _____

                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

| | | | |
|---|---|---|---|
| **BARBARA HOLZMANN V NIKIA RENEE JONES 2015SC019586** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT PENDING** |
| **BARBARA HOLZMANN V LATOYA ESKRIDGE 15SC09577** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT** |
| **BARBARA HOLZMANN V MANUELLE FRANKLIN 15SC16509** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT PENDING** |
| **BARBARA HOLZMANN V SHANA JONES, ET AL 15SC18697** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT PENDING** |
| **BARBARA HOLZMANN V THERESA WOODLEY 15SC19587** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **STIPULATED DISMISSAL** |
| **BARBARA HOLZMANN V DEBORAH PUMPHREY, ET AL. 15SC020042** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **CASE PENDING** |
| **BARBARA HOLZMANN V DIANIA HAILEY ET AL 2015 SC 020041** | **EVICTION** | **MILWAUKEE COUNTY CIRCUIT COURT** | **CASE PENDING** |
| **IN THE MATTER OF FORCLOSURE OF TAX LIENS PURSUANT TO SEC75.521 WIS STATS BY THE CITY OF MILWAUKEE, A MUNICIPAL CORPORATION  15CV4524** | **IN REM REAL ESTATE TAX FORECLOSURE** | **MILWAUKEE COUNTY CIRCUIT COURT** | **JUDGMENT MOTION 9/14/2015** |
| **IN THE MATTER OF FORCLOSURE OF TAX LIENS PURSUANT TO SEC75.521 WIS STATS BY THE CITY OF MILWAUKEE, A MUNICIPAL CORPORATION  15CV5928** | **IN REM REAL ESTATE TAX FORCLOSURE** | **MILWAUKEE COUNTY CIRCUIT COURT** | **MOTION DATE 11/9/2015** |
| **CREAM CITY WRECKING & DISMANTLING LLC V BARBARA HOLZMANN 2015SC022471** | **COLLECTION ACTION** | **MILWAUKEE COUNTY CIRCUIT COURT SMALL CLAIMS DIVISION** | **RETURN DATE 9/17/2015** |
| **IN THE MATTER OF FORECLOSURE OF TAX LIENS PURSUANT TO SEC 75.521 WISCONSIN STATUTES, BY THE CITY OF MILWAUKEE, A MUNICIPAL CORPORATION 15CV 7164** | **TAX FORECLOSURE** | **CIRCUIT COURT MILWAUKEE COUNTY** | **MOTION DATE SET FOR DECEMBER 21, 2015** |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In re: **BARBARA HOLZMANN**                                Case No. _____
                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☐   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| NONE | | |

---

## 5. Repossessions, foreclosures and returns

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **City of Milwaukee**<br>**200 East Wells Street**<br>**MILWAUKEE, WI 53202**<br><br>**IN REM TAX FORECLOSURE**<br>**MILWAUKEE COUNTY 15CV004524** | **SEPTEMBER 14,**<br>**2015** | **3730 W BROWN STREET-$15000**<br>**3615-17 N 22ND STREET $1500**<br>**2425-27 W JUNEAU AVE  $45000** |

---

## 6. Assignments and receiverships

None
☐   a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| NONE | | |

---

None
☐   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| NONE | | | |

---

## 7. Gifts

None
☐   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| NONE | | | |

---

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In re: **BARBARA HOLZMANN**                    Case No. _____

                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Roof and gutter on house at 4727 W Washington Blvd, Milwaukee, WI Oak tree-150 years old. | Lightening hit 150 year old oak tree in front of my house on 8/14/15 and it hit my house and the tree has to be taken down. Insurance covered loss less $1000 deductible. | 8/14/15 |

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GREENPATH CREDIT ADVISORS BANKRUPTCY DEPT 1850 S 72ND STREET OMAHA, NE 68124 | | |

---

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| NONE | | |

None ☐

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| NONE | | |

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| NONE | | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In re:  **BARBARA HOLZMANN**                                        Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

### 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| NONE | | | |

---

### 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| NONE | | |

---

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| NONE | | |

---

### 15. Prior address of debtor

None ☐

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| NONE | | |

---

### 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
|---|
| NONE |

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

In re:  **BARBARA HOLZMANN**                                    Case No. _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☐     potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the
       Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| NONE | | | |

---

None  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☐     Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| NONE | | | |

---

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☐     or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| NONE | | |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In re:  **BARBARA HOLZMANN**                                    Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 8

---

## 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| BARBARA HOLZMANN & GREGORY GREEN DBA HOLZMANN & ASSOCIATES 2303 N 39TH STREET MILWAUKEE, WI 53210 39-6246848 | REAL ESTATE PROPERTY MANAGEMENT | 1975 TO PRESENT |
| JACENS CORPORATION, INC 2303 NORTH 39TH STREET MILWAUKEE, WI 53210 39-1739163 | REAL ESTATE HOLDING CORPORATION | 1993 TO PRESENT |

---

None ☐

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **NONE** | |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

## 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **NONE** | |

---

None ☐

b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **NONE** | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

In re:  **BARBARA HOLZMANN**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 9*

---

None ☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                                **ADDRESS**

**ALL IN DEBTOR'S POSSESSION**

---

None ☐

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

**NAME AND ADDRESS**                                    **DATE ISSUED**

**NONE**

---

### 20. Inventories

None ☐

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

**DATE OF INVENTORY     INVENTORY SUPERVISOR**                   **DOLLAR AMOUNT OF INVENTORY**
**(Specify cost, market or other basis)**

**NONE**

---

None ☐

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**DATE OF INVENTORY     NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS**

**NONE**

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☐

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **BARBARA HOLZMANN**<br>**2303 NORTH 39TH ST**<br>**MILWAUKEE WI 53210** | **FULL PARTNERSHIP INTEREST**<br>**IN HOLZMANN AND**<br>**ASSOCIATES** | **50% HOLZMANN &**<br>**ASSOCIATES** |
| **GREGORY GREEN**<br>**2331 W WALNUT ST**<br>**MILWAUKEE, WI 53205** | **PARTNER IN HOLZMANN &**<br>**ASSOCIATES** | **50%** |

---

None ☐

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **BARBARA HOLZMANN**<br>**2303 NORTH 39TH STREET**<br>**MILWAUKEE, WI 53210** | **PRESIDENT & TREASURER** | **90% OF STOCK IN**<br>**JACENS**<br>**CORPORATION** |
| **RALPH PLUER**<br>**10701 W EDGERTON**<br>**HALES CORNERS, WI 53130** | **VP** | **10% OF JACENS**<br>**CORPORATION** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

In re:  **BARBARA HOLZMANN**                                    Case No. _____
                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 10*

---

### 22. Former partners, officers, directors and shareholders

None ☐

a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

**NAME AND ADDRESS**                                    **DATE OF WITHDRAWAL**

**NONE**

---

None ☐

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

**NAME, ADDRESS AND TITLE**                             **DATE OF TERMINATION**

**NONE**

---

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **NONE** | | |

---

### 24. Tax Consolidation Group

None ☐

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

**NAME OF PARENT CORPORATION**                          **TAXPAYER-IDENTIFICATION NUMBER (EIN)**

**NONE**

---

### 25. Pension Funds

None ☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

**NAME OF PENSION FUND**                                **TAXPAYER-IDENTIFICATION NUMBER (EIN)**

**NONE**

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **9/10/2015**_____          Signature     **/s/ BARBARA HOLZMANN**_____
                                                     of Debtor     ***BARBARA HOLZMANN***

Date _____          Signature     _____
                                                     of Joint Debtor
                                                     (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

In re **BARBARA HOLZMANN**

Case No. _____

Chapter _____**13**_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**BARBARA HOLZMANN**

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ BARBARA HOLZMANN**          9/10/2015

Signature of Debtor                    Date

X _____

Signature of Joint Debtor (if any)        Date

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**BARBARA HOLZMANN**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ BARBARA HOLZMANN**

BARBARA HOLZMANN, Attorney for Debtor(s)
Bar No.: 018537
BARBARA HOLZMANN, ATTORNEY AT LAW
2303 NORTH 39TH STREET
MILWAUKEE, WI Z53210
Phone: (414) 442-2010
Fax: (414) 442-7570
E-Mail: BARBHOLZ@WI.RR.COM

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:   Liquidation  ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
### ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

IN RE:   **BARBARA HOLZMANN**                                    CASE NO

                                                                    CHAPTER   **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/10/2015 _____          Signature  __/s/ BARBARA HOLZMANN_____
                                                                    *BARBARA HOLZMANN*

Date _____          Signature _____

ATTY ABAGAIL ODESS
1414 UNDERWOOD AVE
WAUWATOSA WI 53213


BANK OF AMERICA MORTGAGE
PO BOX  5170
SIMI VALLY, CA 93062


BANK OF AMERICA NA
PO BOX 660933
DALLAS, TX 75266


BMO HARRIS MORTGAGE
PO BOX 365
ARLINNGTON HEIGHTS, IL 60006


CARDMEMBER SERVICES
PO BOX 790408
ST LOUIS, MO 63179


CITY ATTORNEY OF MILWAUKEE
200 EAST WELLS STREET ROOM 800
MILWAUKEE, WI 53202


CITY OF MILWAUKEE TREASURER
200 E WELLS STREET ROOM 103
MILWAUKEE, WI 53202


CREAM CITY WRECKING
N91 W13906 WARREN STREET
MENOMONEE FALLS WI 53051


GUARANTY BANK
4000 W BROWN DEER ROAD
BROWN DEER, WI 53209

MAWICKE & GOISMAN SC
1509 NORTH  PROSPECT AVE
MILWAUKEE, WI 53202


MIDLAND MORTGAGE
PO BOX 26648
OKLAHOMA CITY OK 73126


NAVIENT FINANCIAL SERVICES
PO Box 9500
Wilkes Barre, PA 18773-9500


PNC BANK
6900 W STATE STREET
WAUWATOSA, WI 53213


US BANK NA
PO BOX 5229
CINCINNATI, OH 45201-5229


WELLS FARGO HOME MORTGAGE
PO BOX 14411
DESMOINES, IA 50308

ATTY ABAGAIL ODESS
1414 UNDERWOOD AVE
WAUWATOSA WI 53213

MIDLAND MORTGAGE
PO BOX 26648
OKLAHOMA CITY OK 73126

BANK OF AMERICA MORTGAGE
PO BOX  5170
SIMI VALLY, CA 93062

NAVIENT FINANCIAL SERVICES
PO Box 9500
Wilkes Barre, PA 18773-9500

BANK OF AMERICA NA
PO BOX 660933
DALLAS, TX 75266

PNC BANK
6900 W STATE STREET
WAUWATOSA, WI 53213

BMO HARRIS MORTGAGE
PO BOX 365
ARLINNGTON HEIGHTS, IL 60006

US BANK NA
PO BOX 5229
CINCINNATI, OH 45201-5229

CARDMEMBER SERVICES
PO BOX 790408
ST LOUIS, MO 63179

WELLS FARGO HOME MORTGAGE
PO BOX 14411
DESMOINES, IA 50308

CITY ATTORNEY OF MILWAUKEE
200 EAST WELLS STREET ROOM 800
MILWAUKEE, WI 53202

CITY OF MILWAUKEE TREASURER
200 E WELLS STREET ROOM 103
MILWAUKEE, WI 53202

CREAM CITY WRECKING
N91 W13906 WARREN STREET
MENOMONEE FALLS WI 53051

GUARANTY BANK
4000 W BROWN DEER ROAD
BROWN DEER, WI 53209

MAWICKE & GOISMAN SC
1509 NORTH  PROSPECT AVE
MILWAUKEE, WI 53202

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

IN RE: **BARBARA HOLZMANN**

CASE NO

CHAPTER **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|---------------------|-------------------------|
| N/A | Real Property. | $1,015,500.00 | $339,265.38 | $676,234.62 | $75,000.00 | $601,234.62 |
| 1. | Cash on hand. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $2,000.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $4,000.00 | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |
| 6. | Wearing apparel. | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 7. | Furs and jewelry. | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $1,282.87 | $0.00 | $1,282.87 | $0.00 | $1,282.87 |
| 14. | Interests in partnerships.... | $25,000.00 | $0.00 | $25,000.00 | $0.00 | $25,000.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $7,500.00 | $0.00 | $7,500.00 | $0.00 | $7,500.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Copyright 1996-2015, Legal PRO Systems, Inc., San Antonio, Texas (210) 561-5800 All rights reserved.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

IN RE: **BARBARA HOLZMANN**

CASE NO

CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|------------------:|----------------:|------------:|------------------:|----------------------:|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $18,000.00 | $0.00 | $18,000.00 | $5,000.00 | $13,000.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$1,082,282.87** | **$339,265.38** | **$743,017.49** | **$88,000.00** | **$655,017.49** |

### Surrendered Property:
The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|-----------:|-----------:|-----------:|
| **Real Property** | | | |
| 1719-21 N 35 ST MILWAUKEE, WI 53208 | $25,000.00 | $16,005.00 | $8,995.00 |
| 3730-32 W BROWN ST MILWAUKEE, WI 53208 | $10,000.00 | $13,617.00 | $0.00 |
| 3307 W WALNUT MILWAUKEE, WI 53208 | $1.00 | $22,024.00 | $0.00 |
| 3120 W WALNUT MILWAUKEE, WI 53208 | $500.00 | $13,068.00 | $0.00 |
| 3615 N 22 MILWAUKEE, WI 53206 | $500.00 | $20,652.00 | $0.00 |
| 2159 N 37TH ST MILWAUKEE, WI 53208 | $1.00 | $4,130.72 | $0.00 |
| 2865 N 34TH ST MILWAUKEE, WI 53210 | $100.00 | $186.05 | $0.00 |
| 2504 N 34 ST MILWAUKEE WI 53210 | $100.00 | $236.12 | $0.00 |
| 1853 N 37TH VACANT LOT | $10.00 | $13,551.00 | $0.00 |

Copyright 1996-2015, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300   All rights reserved.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

IN RE: **BARBARA HOLZMANN**

CASE NO

CHAPTER **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

(None)

| | | | |
|---|---|---|---|
| **TOTALS:** | **$36,212.00** | **$103,469.89** | **$8,995.00** |

## Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| 4727 W WASHINGTON BLVD MILWAUKEE WI | $246,000.00 | $145,359.38 | $100,640.62 | $25,640.62 |
| 2303 NORTH 39 ST MILWAUKEE WI | $53,100.00 | $0.00 | $53,100.00 | $53,100.00 |
| 531-33 N 34TH ST MILWAUKEE, WI | $48,400.00 | $12,295.00 | $36,105.00 | $36,105.00 |
| 3145 NORTH 40TH ST MILWAUKEE WI 53216 | $60,000.00 | $29,231.00 | $30,769.00 | $30,769.00 |
| 5247 N SHERMAN BL MILWAUKEE, WI 53209 | $36,700.00 | $343.00 | $36,357.00 | $36,357.00 |
| 2573 N 45TH ST MILWAUKEE, WI 53210 | $56,300.00 | $16,782.00 | $39,518.00 | $39,518.00 |
| 4359 N 49TH ST MILWAUKEE, WI 53216 | $57,900.00 | $0.00 | $57,900.00 | $57,900.00 |
| 1630 N 34TH ST MILWAUKEE WI 53208 | $31,500.00 | $0.00 | $31,500.00 | $31,500.00 |
| 5053 N 27TH ST, MILWAUKEE, WI 53209 | $53,300.00 | $0.00 | $53,300.00 | $53,300.00 |
| 2618-20 N 49TH ST MILWAUKEE, WI 53218 | $59,800.00 | $0.00 | $59,800.00 | $59,800.00 |
| 2131 N 37TH ST MILWAUKEE, WI 53208 | $34,500.00 | $7,557.00 | $26,943.00 | $26,943.00 |
| 3219 N 41ST MILWAUKEE, WI 53216 | $38,400.00 | $13,752.00 | $24,648.00 | $24,648.00 |
| 3521 W HIGHLAND BL MILWAUKEE WI 53208 | $50,000.00 | $20,737.00 | $29,263.00 | $29,263.00 |
| 2425 W JUNEAU AV, MILWAUKEE, WI 53205 | $50,000.00 | $16,910.00 | $33,090.00 | $33,090.00 |
| 4673 N 49TH ST MILWAUKEE, WI 53218 | $38,600.00 | $12,241.00 | $26,359.00 | $26,359.00 |
| 2215 N 32 MILWAUKEE, WI 53208 | $20,000.00 | $11,018.00 | $8,982.00 | $8,982.00 |
| 2215 N 39TH ST, MILWAUKEE, WI 53208 | $15,000.00 | $8,225.00 | $6,775.00 | $6,775.00 |
| 2822 N 34TH MILWAUKEE, WI 53210 | $15,000.00 | $12,160.00 | $2,840.00 | $2,840.00 |
| 2767-69 N 34TH MILWAUKEE, WI 53210 | $20,000.00 | $12,633.00 | $7,367.00 | $7,367.00 |
| 2250-52 N 41 MILWAUKEE WI 53208 | $16,000.00 | $11,207.00 | $4,793.00 | $4,793.00 |
| 1554-56 N 28TH MILWAUKEE, WI53208 | $15,000.00 | $8,815.00 | $6,185.00 | $6,185.00 |
| **Personal Property** | | | | |
| US BANK AND GUARANTY BANK | $2,000.00 | | $2,000.00 | $2,000.00 |
| unknown interest in life insurance policy on son, Steven A Miller | $5,000.00 | | $5,000.00 | $5,000.00 |

Copyright 1996-2015, LegalPRO Systems, Inc., San Antonio, Texas  (210)561-5300  All rights reserved

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

IN RE: **BARBARA HOLZMANN**

CASE NO

CHAPTER **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| | | | |
|---|---|---|---|
| CHARLES SCHWAB ACCOUNT | $1,282.87 | $1,282.87 | $1,282.87 |
| Interest in JACENS Corporation-subchapter S real estate holding | $25,000.00 | $25,000.00 | $25,000.00 |
| UNPAID JUNE, JULY AND AUGUST RENTS | $7,500.00 | $7,500.00 | $7,500.00 |
| 2008 BMW X-5 | $17,000.00 | $17,000.00 | $13,000.00 |
| **TOTALS:** | **$1,073,282.87** $339,265.38 | **$734,017.49** | **$655,017.49** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$1,082,282.87** |
| B. Gross Property Value of Surrendered Property | **$36,212.00** |
| C. Total Gross Property Value (A+B) | **$1,118,494.87** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$339,265.38** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$103,469.89** |
| F. Total Gross Encumbrances (D+E) | **$442,735.27** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$743,017.49** |
| H. Total Equity in surrendered items  (B-E) | **$8,995.00** |
| I.  Total Equity  (C-F) | **$752,012.49** |
| J. Total Exemptions Claimed | **$88,000.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$655,017.49** |

*Copyright 1996-2015, Legal PRO Systems, Inc., San Antonio, Texas.  (210) 561-5300.  All rights reserved.*

*BARBARA HOLZMANN, Bar No. 018537*
*BARBARA HOLZMANN, ATTORNEY AT LAW*
*2303 NORTH 39TH STREET*
*MILWAUKEE, WI Z53210*
*(414) 442-2010*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*EASTERN DISTRICT OF WISCONSIN*
*MILWAUKEE DIVISION*

In re:                                          Case No.:
**BARBARA HOLZMANN**                          SSN:  __xxx-xx-7845__

_____                         SSN:  _____
Debtor(s)
Address:                                  **Numbered Listing of Creditors**

**4727 W WASHINGTON BLVD**          Chapter:    **13**
**MILWAUKEE, WI 53208**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  ATTY ABAGAIL ODESS<br>1414 UNDERWOOD AVE<br>WAUWATOSA WI 53213 | Unsecured Claim | $0.00 |
| 2.  BANK OF AMERICA MORTGAGE<br>PO BOX  5170<br>SIMI VALLY, CA 93062<br>xxxxxx5207 | Secured Claim | $16,782.00 |
| 3.  BANK OF AMERICA NA<br>PO BOX 660933<br>DALLAS, TX 75266 | Unsecured Claim | $15,000.00 |
| 4.  BMO HARRIS MORTGAGE<br>PO BOX 365<br>ARLINNGTON HEIGHTS, IL 60006 | Secured Claim | $1.00 |
| 5.  BMO HARRIS MORTGAGE<br>PO BOX 365<br>ARLINNGTON HEIGHTS, IL 60006 | Secured Claim | $3,300.00 |
| 6.  CARDMEMBER SERVICES<br>PO BOX 790408<br>ST LOUIS, MO 63179<br>xxx1647 | Unsecured Claim | $13,000.00 |

in re: **BARBARA HOLZMANN**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7. CITY ATTORNEY OF MILWAUKEE<br>200 EAST WELLS STREET ROOM 800<br>MILWAUKEE, WI 53202 | Unsecured Claim | $0.00 |
| 8. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx4-000 | Secured Claim | $16,005.00 |
| 9. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx0-000 | Secured Claim | $13,617.00 |
| 10. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx3-000 | Secured Claim | $1,125.00 |
| 11. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx8-000 | Secured Claim | $7,557.00 |
| 12. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx5-000 | Secured Claim | $13,752.00 |
| 13. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx3-000 | Secured Claim | $20,737.00 |
| 14. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>389-0775-100 | Secured Claim | $16,910.00 |
| 15. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx9-000 | Secured Claim | $12,241.00 |

in re: **BARBARA HOLZMANN**

|  | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx4-110 | Secured Claim | $11,018.00 |
| 17. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx9-100 | Secured Claim | $8,225.00 |
| 18. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx6-000 | Secured Claim | $12,160.00 |
| 19. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx0-000 | Secured Claim | $12,633.00 |
| 20. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx0-000 | Secured Claim | $11,207.00 |
| 21. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx9-000 | Secured Claim | $8,815.00 |
| 22. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx8-000 | Secured Claim | $22,024.00 |
| 23. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx7-000 | Secured Claim | $13,068.00 |
| 24. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx6-000 | Secured Claim | $20,652.00 |

in re: **BARBARA HOLZMANN**

| | Debtor | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx1-000 | Secured Claim | $829.72 |
| 26. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx5-000 | Secured Claim | $186.05 |
| 27. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxx4-000 | Secured Claim | $236.12 |
| 28. CITY OF MILWAUKEE TREASURER<br>200 E WELLS STREET ROOM 103<br>MILWAUKEE, WI 53202<br>xxx-xxxx-100-0 | Secured Claim | $13,551.00 |
| 29. CREAM CITY WRECKING<br>N91 W13906 WARREN STREET<br>MENOMONEE FALLS WI 53051 | Unsecured Claim | $5,500.00 |
| 30. GUARANTY BANK<br>4000 W BROWN DEER ROAD<br>BROWN DEER, WI 53209<br>xxxxxx0456 | Secured Claim | $136,459.38 |
| 31. MAWICKE & GOISMAN SC<br>1509 NORTH PROSPECT AVE<br>MILWAUKEE, WI 53202 | Unsecured Claim | $0.00 |
| 32. MIDLAND MORTGAGE<br>PO BOX 26648<br>OKLAHOMA CITY OK 73126<br>xxxxxx9118 | Secured Claim | $12,295.00 |
| 33. MIDLAND MORTGAGE<br>PO BOX 26648<br>OKLAHOMA CITY OK 73126<br>xxxxxx3935 | Secured Claim | $29,231.00 |

in re: **BARBARA HOLZMANN**

_____

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. NAVIENT FINANCIAL SERVICES<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500<br>xxxxxx5453 | Unsecured Claim | $32,750.00 |
| 35. PNC BANK<br>6900 W STATE STREET<br>WAUWATOSA, WI 53213<br>1186 | Secured Claim | $8,900.00 |
| 36. US BANK NA<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229<br>xxx-3854 | Unsecured Claim | $1,000.00 |
| 37. US BANK NA<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229<br>xxxx xx xxEDIT | Unsecured Claim | $4,000.00 |
| 38. WELLS FARGO HOME MORTGAGE<br>PO BOX 14411<br>DESMOINES, IA 50308<br>xxxxxx7109 | Secured Claim | $343.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **BARBARA HOLZMANN** _____ ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   _Numbered Listing of Creditors,_ consisting of ___5___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: **_/s/ BARBARA HOLZMANN** _____ Date: 9/10/2015 _____

          **BARBARA HOLZMANN**

| **Fill in this information to identify your case:** | **Check as directed in lines 17 and 21:** |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    **BARBARA**        **HOLZMANN**
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

_____

☐ 3. The commitment period is 3 years.

☑ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 22C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**12/14**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

### Part 1:    Calculate Your Average Monthly Income

**1.**    **What is your marital and filing status?** Check one only.

     ☑   **Not married.** Fill out Column A, lines 2-11.

     ☐   **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **2.**   **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | |
| **3.**   **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | |
| **4.**   **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | |
| **5.**   **Net income from operating a business, profession, or farm** | | |
|    Gross receipts (before all deductions) | $5,716.84 | |
|    Ordinary and necessary operating expenses   − | $4,517.76 | |
|    Net monthly income from a business, profession, or farm | $1,199.08   Copy here → | $1,199.08 | |
| **6.**   **Net income from rental and other real property** | | |
|    Gross receipts (before all deductions) | $21,168.83 | |
|    Ordinary and necessary operating expenses   − | $16,093.83 | |
|    Net monthly income from rental or other real property | $5,075.00   Copy here → | $5,075.00 | |
| **7.**   **Interest, dividends, and royalties** | $0.00 | |

| Debtor 1 | **BARBARA** | | **HOLZMANN** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8.** **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

| | Column A | Column B |
|---|---|---|
| | $0.00 | _____ |

For you...............................................................   $0.00

For your spouse...............................................   _____

**9.** **Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.

$2,681.85    _____

**10.** **Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____    _____    _____

10b. _____    _____    _____

10c.  Total amounts from separate pages, if any.    **+** _____    **+** _____

**11.** **Calculate your total average monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

| $8,955.93 | **+** | _____ | **=** | $8,955.93 |
|---|---|---|---|---|

**Total average monthly income**

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

**12.** Copy your total average monthly income from line 11.  ................................................................................    $8,955.93

**13.** **Calculate the marital adjustment.**  Check one:

☑ You are not married.  Fill in 0 in line 13d.

☐ You are married and your spouse is filing with you.  Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____    _____

13b. _____    _____

13c. _____    **+** _____

13d. Total.......................................................   $0.00    Copy here.....➔ ..... 13d. **−** $0.00

**14.** **Your current monthly income.**  Subtract line 13d from line 12.    14.   $8,955.93

**15.** **Calculate your current monthly income for the year.**  Follow these steps:

15a. Copy line 14 here ➔ ................................................................................................    15a.   $8,955.93

Multiply line 15a by 12 (the number of months in a year).    **X**   12

15b. The result is your current monthly income for the year for this part of the form.    15b.   $107,471.16

| Debtor 1 | **BARBARA** | | **HOLZMANN** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **Wisconsin**

16b. Fill in the number of people in your household. **1**

16c. Fill in the median family income for your state and size of household.................................. 16c. **$43,666.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Disposable Income (Official Form 22C-2).

17b. ☑ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3: Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

**18.** Copy your total average monthly income from line 11. ..................................................... 18. **$8,955.93**

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.

If the marital adjustment does not apply, fill in 0 on line 19a. 19a. **−** **$0.00**

**Subtract line 19a from line 18.** 19b. **$8,955.93**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ............................................................................................................. 20a. **$8,955.93**

Multiply by 12 (the number of months in a year). **X 12**

20b. The result is your current monthly income for the year for this part of the form. 20b. **$107,471.16**

20c. Copy the median family income for your state and size of household from line 16c. ........................... 20c. **$43,666.00**

**21. How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☑ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

## Part 4: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ BARBARA HOLZMANN** X _____

**BARBARA HOLZMANN** Signature of Debtor 2

Date **9/10/2015** Date _____
MM / DD / YYYY MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **BARBARA** | | **HOLZMANN** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 22C-2
## Chapter 13 Calculation of Your Disposable Income                    12/14

To fill out this form, you will need your completed copy of **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 22C-1).**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:    Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C-1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C-1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.  **The number of people used in determining your deductions from income**
    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

    [ **1** ]

**National Standards**        You must use the IRS National Standards to answer the questions in lines 6-7.

6.  **Food, clothing and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.        **$585.00**

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.



| People who are under 65 years of age | | |
|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | **$60.00** |
| 7b. | Number of people who are under 65 | X _____ |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | **$0.00**  Copy line 7c here ➔  **$0.00** |

| People who are 65 years of age or older | | |
|---|---|---|
| 7d. | Out-of-pocket health care allowance per person | **$144.00** |
| 7e. | Number of people who are 65 or older | X ___1___ |
| 7f. | **Subtotal.** Multiply line 7d by line 7e. | **$144.00**  Copy line 7f here ➔  +  **$144.00**  Copy total here ➔ 7g. **$144.00** |
| 7g. | **Total.** Add lines 7c and 7f.............................................. | **$144.00** |

Debtor 1    **BARBARA**                    **HOLZMANN**              Case number (if known) _____
            First Name    Middle Name      Last Name

| Local Standards | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- Housing and utilities -- Insurance and operating expenses
- Housing and utilities -- Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8.  **Housing and utilities -- Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.          **$448.00**

9.  **Housing and utilities -- Mortgage or rent expenses:**

    9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.          **$1,019.00**

    9b.  Total average monthly payment for all mortgages and other debts secured by your home.

         To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

         | Name of the creditor | Average monthly payment |
         |---|---|
         | **GUARANTY BANK** | **$1,500.00** |
         | _____ | _____ |
         | _____ **+** | _____ |

    9b.  Total average monthly payment    **$1,500.00**   Copy line 9b here ➔    **–**   **$1,500.00**   Repeat this amount on line 33a.

    9c.  Net mortgage or rent expense.

         Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expense). If this number is less than $0, enter $0.          **$0.00**   Copy line 9c here ➔   **$0.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**          _____

    Explain    _____
    why:       _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.
    - ☐ 0. Go to line 14.
    - ☑ 1. Go to line 12.
    - ☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the Operating Costs that apply for your Census region or metropolitan statistical area.          **$212.00**

Case 15-30250-ben   Doc 1   Filed 09/10/15   Page 69 of 78

Debtor 1    **BARBARA**          **HOLZMANN**      Case number (if known) _____

First Name      Middle Name      Last Name

---

**13. Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below.  You may not claim the expense if you do not make any loan or lease payments on the vehicle.  In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**    **Describe Vehicle 1:**

13a. Ownership or leasing costs using IRS Local Standard      13a.    **$517.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy.  Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| _____ | _____ |

Copy 13b here ➜   −   **$0.00**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense.
Subtract line 13b from line 13a. If this amount is less than $0, enter $0.    13c.   **$517.00**    **Copy net Vehicle 1 expense here** ➜   **$517.00**

**Vehicle 2**    **Describe Vehicle 2:**

13d. Ownership or leasing costs using IRS Local Standard      13d.   _____

13e. Average monthly payment for all debts secured by Vehicle 2.  Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | _____ |

Copy here ➜   −   _____    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense.
Subtract line 13e from line 13d. If this amount is less than $0, enter $0.    13f.   _____    **Copy net Vehicle 2 expense here** ➜   **$0.00**

**14. Public transportation expense:**  If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the Public Transportation expense allowance regardless of whether you use public transportation.    **$0.00**

**15. Additional public transportation expense:**  If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for Public Transportation.    **$0.00**

**Other Necessary Expenses**    In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

**16. Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes.  You may include the monthly amount withheld from your pay for these taxes.  However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes.    **$1,500.00**

| Debtor 1 | BARBARA | | HOLZMANN | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17. Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.                         **$0.00**

**18. Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.                         **$0.00**

**19. Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.                         **$0.00**

**20. Education:** The total monthly amount that you pay for education that is either required:
  ■ as a condition for your job, or
  ■ for for your physically or mentally challenged dependent child if no public education is available for similar services.                         **$0.00**

**21. Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education.                         **$0.00**

**22. Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.                         **$0.00**

**23. Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22C-1, or any amount you previously deducted.                         **+  $0.00**

**24. Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.                         **$3,406.00**

| Additional Expense Deductions | These are additional deductions allowed by the Means Test. Note: Do not include any expense allowances listed in lines 6-24. |
|---|---|

**25. Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | **$336.00** | |
| Disability insurance | **$0.00** | |
| Health savings account | **+  $0.00** | |
| Total | **$336.00** | Copy total here ➔ .................................................. **$336.00** |

Do you actually spend this total amount?
  ☐ No. How much do you actually spend?  _____
  ☒ Yes

**26. Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.                         **$0.00**

**27. Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply. By law, the court must keep the nature of these expenses confidential.                         **$0.00**

Debtor 1   **BARBARA**         **HOLZMANN**      Case number (if known) _____

     First Name        Middle Name       Last Name

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.          _____

   If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.

   You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.       **$0.00**

   You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

   * Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.     **$20.00**

   To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

   You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).     **$100.00**

   Do not include any amount more than 15% of your gross monthly income.

32. **Add all of the additional expense deductions.**
   Add lines 25 though 31.                                       **$456.00**

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

                                                     Average monthly payment

   **Mortgages on your home**

   33a. Copy line 9b here.............................................................→   **$1,500.00**

   **Loans on your first two vehicles**

   33b. Copy line 13b here...........................................................→   **$0.00**

   33c. Copy line 13e here...........................................................→   **$0.00**

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
| --- | --- | --- | --- |
| 33d. _____ | _____ | ☐ No ☐ Yes | _____ |
| 33e. _____ | _____ | ☐ No ☐ Yes | _____ |
| 33f. _____ | _____ | ☐ No ☐ Yes | + _____ |

   33f. Total average monthly payment. Add lines 33a through 33f.................... **$1,500.00**    Copy total here →   **$1,500.00**

| Debtor 1 | BARBARA | HOLZMANN | Case number (if known) _____ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No. Go to line 35.
☑ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the cure amount).  Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | _____ | ÷ 60 = **+** | _____ |
| | | Total | **$0.00** | Copy total here ➜ **$0.00** |

**35. Do you owe any priority claims such as a priority tax, child support, or alimony -- that are past due as of the filing date of your bankruptcy case?**
11 U.S.C. § 507.

☑ No. Go to line 36.
☐ Yes. Fill in the total amount of all of these priority claims.  Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims.......................................... _____ ÷ 60 = **$0.00**

**36. Projected monthly Chapter 13 plan payment** **$3,800.00**

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office. **x   4.2 %**

Average monthly administrative expense **$159.60** Copy total here ➜ **$159.60**

**37. Add all of the deductions for debt payment.**
Add lines 33g through 36. **$1,659.60**

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*................... **$3,406.00**

Copy line 32, *All of the additional expense deductions*.......................................... **$456.00**

Copy line 37, *All of the deductions for debt payment*.................................... **+ $1,659.60**

Total deductions **$5,521.60** Copy total here ➜ **$5,521.60**

---

**Part 2:   Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)**

**39. Copy your total current monthly income from line 14 of Form 22C-1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.** ................................... **$8,955.93**

Case 15-30250-beh    Doc 1    Filed 09/10/15    Page 73 of 78

Debtor 1   **BARBARA**                          **HOLZMANN**                    Case number (if known) _____

First Name          Middle Name          Last Name

---

40. **Fill in any reasonably necessary income you receive for support of dependent children.**
The monthly average of any child support payments, foster care payments, or
disability payments for a dependent child, reported in Part 1 of Form 22C-1, that
you received in accordance with applicable nonbankruptcy law to the extent
reasonably necessary to be expended for such child.                                    _____

41. **Fill in all qualified retirement deductions.**  The monthly total of all amounts that
your employer withheld from wages as contributions for qualified retirement
plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans
from retirement plans, as specified in 11 U.S.C. § 362(b)(19).                          **$0.00**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).**
Copy line 38 here...........................................................................................➔   **$5,521.60**

43. **Deduction for special circumstances.**  If special circumstances justify additional
expenses and you have no reasonable alternative, describe the special
circumstances and their expenses.  You must give your case trustee a detailed
explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| 43a. _____ | _____ |
| 43b. _____ | _____ |
| 43c. _____ + | _____ |

43d. **Total.** Add lines 43a through 43c...............  | **$0.00** | Copy 43d here ➔ + | **$0.00** |

44. **Total adjustments.**  Add lines 40 through 43d.........................➔  | **$5,521.60** | Copy total here ➔ – | **$5,521.60** |

45. **Calculate your monthly disposable income under § 1325(b)(2).**  Subtract line 44 from line 39.   | **$3,434.33** |

---

## Part 3:   Change in Income or Expenses

46. **Change in income or expenses.**  If the income in Form 22C-1 or the expenses you reported in this form have changed or are
virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the
information below.  For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter
line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the
increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 22C-1 ☐ 22C-2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | _____ |
| ☐ 22C-1 ☐ 22C-2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | _____ |
| ☐ 22C-1 ☐ 22C-2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | _____ |
| ☐ 22C-1 ☐ 22C-2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | _____ |

Case 15-30250-beh    Doc 1    Filed 09/10/15    Page 74 of 78

Debtor 1    **BARBARA**                    **HOLZMANN**              Case number (if known) _____
            First Name       Middle Name    Last Name

---

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

**X**  /s/ BARBARA HOLZMANN                              **X** _____
     **BARBARA HOLZMANN**                                    Signature of Debtor 2

Date  **9/10/2015**                                      Date _____
     MM / DD / YYYY                                          MM / DD / YYYY

# Current Monthly Income Calculation Details

In re: **BARBARA HOLZMANN**    Case Number:

Chapter:    **13**

## 5.    Net income from operating a business, profession or farm.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **LAW PRACTICE** | | | | | | |
| Gross receipts | $8,207.05 | $3,380.00 | $6,945.00 | $3,515.00 | $7,608.00 | $4,646.00 | **$5,716.84** |
| Ordinary/necessary business expenses | $6,182.58 | $2,669.00 | $5,002.00 | $4,594.00 | $5,097.00 | $3,562.00 | **$4,517.76** |
| Business income | $2,024.47 | $711.00 | $1,943.00 | ($1,079.00) | $2,511.00 | $1,084.00 | **$1,199.08** |

## 6.    Net income from rental and other real property.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **RENTAL PROPERTIES** | | | | | | |
| Gross receipts | $23,956.00 | $21,617.00 | $23,576.00 | $18,234.00 | $21,377.00 | $18,253.00 | **$21,168.83** |
| Ordinary/necessary operating expenses | $18,881.00 | $16,924.00 | $16,053.00 | $15,110.00 | $15,645.00 | $13,950.00 | **$16,093.83** |
| Rental income | $5,075.00 | $4,693.00 | $7,523.00 | $3,124.00 | $5,732.00 | $4,303.00 | **$5,075.00** |

## 9.    Pension and retirement income.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **SOCIAL SECURITY** | | | | | | |
| | $1,948.00 | $1,948.00 | $1,948.00 | $1,948.00 | $1,948.00 | $1,948.00 | **$1,948.00** |
| **Debtor** | **WIDOW'S PENSION** | | | | | | |
| | $733.85 | $733.85 | $733.85 | $733.85 | $733.85 | $733.85 | **$733.85** |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 Copyright 1994-2015

# Underlying Allowances (as of 09/10/2015)

In re: **BARBARA HOLZMANN**

Case Number:

Chapter: **13**

| Median Income Information | |
|---|---|
| State of Residence | **Wisconsin** |
| Household Size | **1** |
| Median Income per Census Bureau Data | **$43,666.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | **US** |
| Family Size | **1** |
| Gross Monthly Income | **$8,955.93** |
| Income Level | **Not Applicable** |
| Food | **$315.00** |
| Housekeeping Supplies | **$32.00** |
| Apparel and Services | **$88.00** |
| Personal Care Products and Services | **$34.00** |
| Miscellaneous | **$116.00** |
| Additional Allowance for Family Size Greater Than 4 | **$0.00** |
| Total | **$585.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | **$60.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$144.00** |
| Number of members | **1** |
| Subtotal | **$144.00** |
| **Total** | **$144.00** |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | **Wisconsin** |
| County or City Name | **Milwaukee County** |
| Family Size | **Family of 1** |
| Non-Mortgage Expenses | **$448.00** |
| Mortgage/Rent Expense Allowance | **$1,019.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$1,500.00** |
| Equals Net Mortgage/Rental Expense | **$0.00** |
| Housing and Utilities Adjustment | **$0.00** |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300. Copyright 1998-2015

## Underlying Allowances (as of 09/10/2015)

In re: **BARBARA HOLZMANN**

Case Number:
Chapter: **13**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | **Midwest Region** |
| Number of Vehicles Operated | **1** |
| Allowance | **$212.00** |
| **Local Standards: Transportation; Additional Public Transportation Expense** | |
| Transportation Region | **Midwest Region** |
| Allowance (if entitled) | **$185.00** |
| Amount Claimed | **$0.00** |
| **Local Standards: Transportation; Ownership/Lease Expense** | |
| Transportation Region | **Midwest Region** |
| Number of Vehicles with Ownership/Lease Expense | **1** |

| | First Car | Second Car |
|---|---|---|
| Allowance | **$517.00** | |
| Minus Average Monthly Payment for Debts Secured by Vehicle | **$0.00** | |
| Equals Net Ownership / Lease Expense | **$517.00** | |

Computer software provided by Legal-PRO Systems, Inc., San Antonio, Texas (210) 561-5300 Copyright 1998-2015