THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 21, 2019



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Barbara Holzmann, | Chapter 13 Bankruptcy |
|---|---|
| Debtor. | Case No. 15-30250-beh |

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Motion to Dismiss may be denied based on the following terms:

1. The Debtor shall pay $3,800.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to be mailed to the Office of the Chapter 13 Trustee at P. O. Box 730, Memphis, TN 38101-0730 on or before the last day of each month, commencing with December 2019.

2. Should the Debtor fail to mail the equivalent of one monthly payment through and including May 2020, as provided above, the Trustee may submit a Certification of Default and an Order Dismissing Case without further notice or hearing.

3. If the Debtor pays the Trustee directly rather than through an employer and the Trustee receives the Debtor's payment on or before the 10th day of the month following the month for which such payment was due, the Trustee will consider the payment to have been made timely. If the Trustee receives such payment after the 10th day of the month following the month for which such payment was due and the postmark date is after the last day of such month, the Debtor must prove that the payment was mailed on or before the last day of the month for which it was due.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####

Prepared by:
Sandra M. Baner, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344