THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 16, 2019



Beth E. Hanan
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Barbara Holzmann
aka Barbara Miller,                    Case No. 15-30250-beh

        Debtors.                    Chapter 13

**ORDER RESOLVING MOTION FOR RELIEF FROM STAY
AND ABANDONMENT**

Pursuant to the motion for relief from the automatic stay and abandonment of Deutsche Bank National Trust Company (the "Movant") with respect to the property located at 2573 North 45th Street, Milwaukee, WI 53210 (the "Property"), this matter was heard on November 26, 2019 and December 10, 2019 and upon the statements of counsel,

IT IS HEREBY ORDERED that the motion is denied subject to the following terms and conditions:

1. That the debtor shall make two payments, each in the sum of $627.49 so as to be received by Deutsche Bank on or before December 16, 2019 and January 16, 2020. In the event that any such payment is not received in a timely manner, the Movant, its servicing agent, or its

counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the Court for signature.

2. That the Movant may file a supplemental proof of claim for the post-petition delinquency in the amount of $1,031.00. Movant will file the supplemental proof of claim within thirty (30) days of entry of this order.
3. That commencing in January 2020 through and including June 2020, the debtors shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the date that it is contractually due. In the event that any such payment is not received in a timely manner, the Movant, its servicing agent, or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the Court for signature.
4. That commencing in July 2020, the debtor shall make all monthly mortgage payments to the Movant in sufficient time to be received on or before the state that it is contractually due. In the event that any such payment is not received in a timely manner, counsel for the Movant may request by letter another hearing upon the motion for relief from the automatic stay.
5. That abandonment of the trustee's interest in the property pursuant to 11 U.S.C. § 554 shall be effective concurrent when the automatic stay no longer applies to the Movant and its interest in the property.
6. That pending further notice, all payments shall be made payable to Deutsche Bank and mailed to Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, California 92806.

#####